Electronically Filed on November 22, 2004

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KINGSBURG INVESTMENT GROUP, A CALIFORNIA LIMITED PARTNERSHIP, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 04-1322C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE OUT OF TIME
ITS UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests leave to file out of time the annexed unopposed motion for an enlargement of time. The annexed motion requests an enlargement of time of 45 days, to and including January 3, 2005, within which to respond to plaintiff's complaint. Defendant's answer was is due on November 19, 2004.

This case is one of 48 suits filed during the first two weeks of August, 2004, by various plaintiffs alleging breach of contract in connection with loans that these plaintiffs received from the Farmers Home Administration, United States Department of Agriculture, pursuant to section 515 and 521 of the Housing Act of 1949 (42 U.S.C. §§ 1485, 1490a (1994)). In each of these cases, the answer to the complaint was due on Friday, November 19, 2004. On that date, the Government electronically filed answers in five of these cases, and unopposed motions for enlargements of time within which to respond to the complaints in each of the others cases except this case. The omission of such a motion in this case was the result of inadvertent clerical error, which Government counsel did not discover until the weekend after November 19, 2004.

For the foregoing reasons, our motion for leave to file the annexed motion out of time should be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

November 22, 2004