IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1322C

(November 23, 2004)

KINGSBURG INVESTMENT GROUP,
A CALIFORNIA LIMITED
PARTNERSHIP,

Plaintiff,

v.

UNITED STATES

Defendant.

ORDER

Pending before the court is Defendant's Motion for Leave to File Out of Time Its Unopposed Motion for Enlargement of Time, filed on November 22, 2004, along with Defendant's Unopposed Motion for Enlargement of Time to file its response to plaintiff's complaint. Defendant's answer was due on November 19, 2004, and it requests an enlargement of 45 days in which to respond. Good cause having been shown, defendant's motion for leave is GRANTED. The clerk's office shall file defendant's motion for enlargement. The underlying motion for enlargement is also GRANTED. Defendant shall file its response to plaintiff's complaint on or before January 3, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge